UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **CV 25-6142 FMO (SSCx)** | Date | **October 14, 2025** |
|---|---|---|---|
| Title | **Ricardo Chavez Valdovinos v. Director, U.S. Citizenship and Immigration Services** | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|
| Vanessa Figueroa | None Present |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:**   (In Chambers) Order Re: Order to Show Cause

By order dated September 22, 2025, plaintiff was ordered to show cause, on or before September 29, 2025, why this action should not be dismissed for lack of prosecution. (See Dkt. 9, Court's Order of September 22, 2025). The order stated that the Order to Show Cause would "stand submitted upon the filing of" defendants' answer, or plaintiff's application for entry of default. (See id.). Plaintiff was admonished that "[f]ailure to file a timely response to th[e] Order to Show Cause shall result in the action or the above defendant(s) being dismissed for lack of prosecution and for failure to comply with the orders of the court." (Id.).

As of the date of this Order, plaintiff has not responded to the Order to Show Cause. (See, generally, Dkt.). Nor has an answer or application for default judgment been filed. (See, generally, id.). The court observes, however, that although plaintiff filed a proof of service on September 15, 2025 (see Dkt. 10, Proof of Service), it appears that plaintiff has not properly served defendant. For example, although plaintiff names the Director of USCIS as an individual defendant, (see Dkt. 1, Complaint at 2), the Proof of Service does not clarify whether plaintiff complied with Fed. R. Civ. P. 4(i)(2).[1] Nor does plaintiff appear to have complied with Rule 4(I)(1).

Plaintiff is advised that he may contact the Federal Pro Se clinic, whose details are listed below, for assistance.

Accordingly, IT IS ORDERED THAT:

1. Plaintiff shall serve defendants no later than **November 14, 2025**, and file proofs of service no later than **November 17, 2025**.

2. Plaintiff is admonished that failure to file legally valid proofs of service by the deadline set forth above will result in the action or any unserved defendant being dismissed without

---

[1] All further "Rule" references are to the Federal Rules of Civil Procedure unless otherwise indicated.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 25-6142 FMO (SSCx) | Date | October 14, 2025 |
|---|---|---|---|
| Title | Ricardo Chavez Valdovinos v. Director, U.S. Citizenship and Immigration Services | | |

prejudice for failure to effect service, for lack of prosecution and/or failure to comply with the orders of the court. See Fed. R. Civ. P. 4 & 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962).

    3.  The Order to Show Cause Re: Dismissal Re: Lack of Prosecution (Document 9) is hereby continued pending compliance with this Order.

*   *   *

### Notice Re: Pro Se Legal Clinic

    The Los Angeles Federal Pro Se Clinic operates by appointment only.  You may schedule an appointment either by calling the Clinic or by submitting an online form.  You can call the Clinic at (213) 385-2977, ext. 270 or you can submit an internet request at the following site: https://publiccounsel.org/services/federal-court/application-for-services/.

    Clinic staff can respond to many questions with a telephonic appointment or through your email account.  It may be more convenient to email your questions or schedule a telephonic appointment.  Staff can also schedule you for an in-person appointment at their location in the Roybal Federal Building and Courthouse, 255 East Temple Street, Suite 170, Los Angeles, California 90012.

|  | 00 : 00 |
|---|---|
| Initials of Preparer | vdr |